

**METHFESSEL & WERBEL**
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE, III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+

Counsel
ADAM M. CARMAN+^
SHAJI M. EAPEN+
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>
STEVEN A. UNTERBURGER+

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
ASHLEY E. MALANDRE^
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
SARAH E. SHEPP+
ALYCIA M. SWIFT+

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^ Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New York**

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>
MICHAEL TRIFIOLIS

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2022)

June 5, 2024

<u>VIA ECF FILING</u>
Honorable Paul A. Engelmayer, U.S.D.J
United States District Court for the Southern District of New York
Thurgood Marshall Building
40 Foley Square
New York, NY 10007

RE : **COLONY INSURANCE VS. OZ SOLUTIONS, ET AL.**
    Our File No.       : 94403a SME
    Docket No.       : 1:24-CV-01935

Dear Judge Engelmayer:

    This office represents Plaintiff Colony Insurance in the above-captioned matter. Pursuant to Rule 1.E of Your Honor's Individual Rules and Practices in Civil Cases, the parties respectfully request an adjournment of the initial pre-trial conference currently scheduled in this matter for June 11 at 3:00 PM.

    To date, only one defendant (Sentinel Insurance Company) has filed an Answer, but another defendant (Endurance American Insurance Company d/b/a Sompo International) has filed a Notice of Appearance and should be filing its Answer on or before June 28, 2024. In addition, other defendants were recently served or will be served within the next week. Consequently, we expect the remaining defendants to enter Notices of Appearances and/or otherwise respond to the Complaint within the next 30-40 days.

    Accordingly, in an effort to have as many parties as possible appear for the initial conference, it is respectfully requested that the June 11 initial pre-trial conference be rescheduled sometime after July 29 (approximately 45 days from the June 11th conference date).

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
One Liberty Place • 1650 Market St., 36th Floor • Philadelphia, PA 19103 • (215) 665-5622 • FAX (215) 665-5623
101 Federal Street • Suite 1900 • Boston, MA 02110 • (617) 204-5630 • FAX (617) 977-9398
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 94403a SME
Page 2

    This is the first request for an adjournment of the initial pre-trial conference. Counsel for Sentinel and Endurance American consents to this adjournment request.

    If the adjournment requested is granted, the parties will submit a Civil Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules and a joint letter not exceeding three (3) pages at least four (4) days prior to the new date for the initial pre-trial conference. The parties will abide by all other requirements set forth in the Court's May 13, 2024, Notice of Initial Pre-trial Conference.

    Thank you for your consideration of this matter.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

*/s/ Shaji M. Eapen*

Shaji M. Eapen
eapen@methwerb.com
Ext. 131

SME:gst

cc: VIA ECF FILING
Lawrence Klein
Robinson & Cole LLP
666 3rd Avenue
New York, NY 10017

VIA ECF FILING
Thomas E. Schorr
Dilworth Paxon LLP
99 Park Avenue, Suite 320
New York, New York 10016

GRANTED. The initial pre-trial conference previously scheduled for June 11, 2024 at 3:00 pm is adjourned to July 30, 2024 at 10:00 am.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: June 6, 2024