UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE CO.,

                                    Plaintiff,

          -v-

OZ SOLUTIONS *et al.*,

                                  Defendants.

24 Civ. 1935 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A case management conference remains scheduled for Tuesday, December 17, 2024 at 3:00 p.m. This conference will be held telephonically. **The Court's dedicated conference line has changed to (855)-244-8681, Access Code 2318-315-0661, followed by the pound (#) key.**

SO ORDERED.

*[signature]*

PAUL A. ENGELMAYER
United States District Judge

Dated: November 26, 2024
         New York, New York