

**METHFESSEL & WERBEL**
*A Professional Corporation*

| Counsel | Associates, Cont'd |
|---|---|
| JOEL N. WERBEL> | STEPHEN G. BRENNER+^ | ALLISON M. KOENKE> |
| JOHN METHFESSEL, JR.> | ADAM M. CARMAN+^ | JOHN M. MARTIN> |
| FREDRIC PAUL GALLIN*+^ | SHAJI M. EAPEN+ | ANTHONY J. MANCUSO> |
| WILLIAM S. BLOOM>* | JOSEPH C. FALK> | KAJAL J. PATEL+ |
| ERIC L. HARRISON*+ | ANGELA M. GURRERA> | ADAM M. SCHWARTZ+ |
| MATTHEW A. WERBEL> | GERALD KAPLAN> | VITTORIA A. SCULCO> |
| LORI BROWN STERNBACK*+ | JARED P. KINGSLEY*+ | SARAH E. SHEPP+ |
| I. BLAKELEY JOHNSTONE, III+* | JOHN R. KNODEL*+ | ALYCIA M. SWIFT+ |
| GINA M. STANZIALE> | LESLIE A. KOCH= | TIFFANY D. TAGARELLI> |
| PAUL J. ENDLER JR.> | CHARLES T. MCCOOK, JR.*> | |
| JAMES P. CULLEN, JR.=^ | CHRISTINA MICHELSON+ | |
| THOMAS O. MULVIHILL> | RICHARD A. NELKE~ | |
| JAMES FOXEN^ | STEVEN K. PARNESS+ | * Certified by the Supreme Court of |
| SARAH K. DELAHANT+ | RAINA M. PITTS^ |    New Jersey as a Civil Trial Attorney |
| ATHINA L. CORNELL+ | AMANDA J. SAWYER^ | +Member of NY & NJ Bar |
| JEFFREY R. MERLINO+ | STEVEN A. UNTERBURGER+ | ^Member of PA & NJ Bar |
| JENNIFER A. OSBORNE+ | | ^Member of NY Bar only |
| ANDREW J. GIBBS> | Associates | >Member of NJ Bar only |
| JARED S. SCHURE> | JILLIAN T. CLARK> | #Member of NJ & LA. Bar |
| | EDWARD D. DEMBLING> | <Member of NJ & DC Bar |
| Of Counsel | KARISHMA DHRUVE> | ≤Member of NJ, NY & CA Bar |
| STEPHEN R. KATZMAN# | MICHAEL R. EATROFF> | ≥Member of NJ, PA & DC Bar |
| ED THORNTON> | ERICA FRANCISCO-LAU+ | ~Member of NY, NJ & DC Bar |
| MICHAEL TRIFIOLIS> | FRANK J. KEENAN+^ | =Member of NY, NJ & MA Bar |
| BETH A. BOLGER+ | SCOTT KETTERER> | |
| PAUL E. GRIGGS> | | **Please reply to New York** |

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2022)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 01/21/2025*

**MEMO ENDORSED**

January 17, 2025

<u>VIA ECOURTS FILING</u>
Honorable Katharine H. Parker, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:     **COLONY INSURANCE VS. OZ SOLUTIONS, ET AL.**
        Our File No.    : 94403a SME
        Docket No.      : 1:24-CV-01935 (PAE) (KHP)

Dear Judge Parker:

<u>This office represents Plaintiff Colony Insurance Company ("Colony") in this matter. Counsel for all parties in this action have conferred regarding the settlement conference scheduled for January 29 with pre-conference submissions due by January 22. For the reasons explained below, all parties consent and request the settlement conference be adjourned.</u>

This action is brought by Colony seeking rescission of the policies issued to Oz Solutions. There is an on-going, global mediation in the underlying construction defect case (wherein co-defendants Danya Cebus Construction LLC and Oz Solutions are parties) and a related declaratory judgment action filed by co-defendant Sentinel Insurance Company seeking recovery of defense costs and fees incurred for defending certain parties in the construction defect case, including Danya Cebus. There was a mediation session on January 15 and

Methfessel & Werbel, Esqs.
Our File No. 94403a SME
Page 2

settlement talks are ongoing. It is possible that certain, if not all claims in this action could be resolved as a result of the current settlement discussions.

<u>This is the second request for an adjournment of the settlement conference in this matter. [See ECF No. 78].</u> The parties would be pleased to address any questions Your Honor may have concerning this request.

                                        Respectfully submitted,

                                        **METHFESSEL & WERBEL, ESQS.**

                                        Shaji M. Eapen
                                        eapen@methwerb.com
                                        Ext. 131

SME:kfh

cc: <u>VIA ECOURTS FILING</u>
     Lawrence Klein, Esq.
     William Bohonnon, Esq.
     DAC Beachcroft, LLP
     55 Broadway, Suite 1602
     New York, NY 10006

     Allen Wolff, Esq.
     Ethan Middlebrooks, Esq.
     Anderson Kill P.C.
     1251 Avenue of the Americas
     New York, NY 10020

     Simon Malinowski, Esq.
     Matthew Schwartz, Esq.
     Peraino Malinowski LLP
     152 Madison Avenue
     16th Floor
     New York, NY 10016

     Thomas Schorr
     Dilworth Paxson LLP
     2 Research Way
     Princeton, NJ 08540

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, January 29, 2025 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, March 25, 2025 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>March 18, 2025 by 5:00 p.m.</u>

APPLICATION GRANTED

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.

01/21/2025