UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLONY INSURANCE COMPANY,

                    Plaintiff,

    -v-

OZ SOLUTIONS *et al.*,

                    Defendants.

24 Civ. 1935 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

In light of the parties' settlement conference with Magistrate Judge Parker on March 25, 2025 at 10 a.m., the Court hereby reschedules the telephonic case management conference from March 25, 2025 at 2 p.m. to March 31, 2025 at 2 p.m. All other deadlines remain in place.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 10, 2025
       New York, New York