

**METHFESSEL & WERBEL**
A Professional Corporation

| | Of Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | Stephen R. Katzman# | EDWARD D. DEMBLING> |
| JOHN METHFESSEL, JR.> | ED THORNTON> | KARISHMA DHRUVE> |
| FREDRIC PAUL GALLIN*+^ | MICHAEL TRIFIOLIS> | MICHAEL R. EATROFF> |
| WILLIAM S. BLOOM>* | BETH A. BOLGER+ | ERICA FRANCISCO-LAU+ |
| ERIC L. HARRISON*+ | PAUL E. GRIGGS> | FRANK J. KEENAN+^ |
| MATTHEW A. WERBEL> | | SCOTT KETTERER> |
| LORI BROWN STERNBACK*+ | | ZURAB MAISURADZE> |
| I. BLAKELEY JOHNSTONE, III+* | Counsel | JOHN M. MARTIN> |
| GINA M. STANZIALE> | STEPHEN G. BRENNER+^ | ANTHONY J. MANCUSO> |
| PAUL J. ENDLER JR.> | ADAM M. CARMAN+^ | KAJAL J. PATEL+ |
| JAMES P. CULLEN, JR.=^ | SHAJI M. EAPEN+ | ADAM M. SCHWARTZ+ |
| THOMAS O. MULVIHILL> | JOSEPH C. FALK> | VITTORIA A. SCULCO> |
| JAMES FOXEN^ | ANGELA M. GURRERA> | SARAH E. SHEPP+ |
| SARAH K. DELAHANT+ | GERALD KAPLAN> | ALYCIA M. SWIFT+ |
| ATHINA L. CORNELL+ | JARED P. KINGSLEY*+ | TIFFANY D. TAGARELLI> |
| JEFFREY R. MERLINO+ | JOHN R. KNODEL*+ | |
| JENNIFER A. OSBORNE+ | LESLIE A. KOCH= | Retired |
| ANDREW J. GIBBS> | CHARLES T. MCCOOK, JR.*> | JOHN METHFESSEL, SR.> |
| JARED S. SCHURE> | CHRISTINA MICHELSON+ | (1935-2017) |
| | RICHARD A. NELKE~ | DON CROWLEY*+ |
| | STEVEN K. PARNESS+ | (1942-2024) |
| | RAINA M. PITTS^ | MARC DEMBLING*+ |
| | AMANDA J. SAWYER^ | (1944-2022) |
| | STEVEN A. UNTERBURGER+ | |

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
ªMember of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

Please reply to New York

May 7, 2025

VIA ECOURTS FILING
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   **COLONY INSURANCE VS. OZ SOLUTIONS, ET AL.**
      Our File No.      : 94403a SME
      Docket No.        : 1:24-CV-01935

Dear Judge Engelmayer:

This office represents Plaintiff Colony Insurance Company. For the reasons set forth below and with consent of all counsel, it is respectfully requested that the Court enter the attached Amended Civil Case Management Plan and Scheduling Order.

This action is brought by Colony seeking rescission of the policies issued to Oz Solutions. By Order dated April 4, 2025, ECF No. 97, the Court permitted Colony to file an Amended Complaint, which it did on April 11, 2025 (ECF No. 99). In the Amended Complaint, Colony joined two new parties and added a new cause of action against defendant Oren Ziv (piercing the corporate veil). As a result of the new claim, Colony served supplemental discovery demands on Mr. Ziv for the piercing the corporate veil.

Further, as advised by letter dated April 4, 2025 (ECF No. 103), a settlement was reached in <u>470 4th Avenue Fee Owner LLC v. Adam America, LLC, Danya Cebus Construction, LLC and 470 4th Avenue Investors, LLC., et al.</u>, Index No. 656506/2018 (the "Underlying Action") that will result in a dismissal of all claims in this matter between Colony and defendants Danya Cebus Construction, Sentinel Insurance Company and Endurance American Insurance Company d/b/a Sompo International. However, the settlement does not resolve Colony and Endurance's claims against Oz Solutions and Mr. Ziv.

Methfessel & Werbel, Esqs.
Our File No. 94403a SME
Page 2

    Given the additional parties and the new claim, the parties are submitting an Amended Civil Case Management Plan and Scheduling Order that pushes out the current dates by approximately 60 days to complete discovery. Counsel for the remaining parties (Oz Solutions/Mr. Ziv and Endurance) have consented to the Amended Civil Case Management Plan and Scheduling Order.

    Accordingly, the parties respectfully request the Court enter the attached Amended Civil Case Management Plan and Scheduling Order. The parties would be pleased to address any questions the Court may have concerning this request.

                                 Respectfully submitted,
                                 **METHFESSEL & WERBEL, ESQS.**

                                 Shaji M. Eapen
                                 eapen@methwerb.com
                                 Ext. 131

SME:kfh
Enclosure

  cc:   All Counsel of Record Via ECF

---

GRANTED. The telephonic case management conference is hereby rescheduled to August 13, 2025 at 11 a.m.

SO ORDERED.

              *Paul A. Engelmayer*
            _____
              PAUL A. ENGELMAYER
              United States District Judge

Date: May 7, 2025