UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLONY INSURANCE COMPANY, : | |
| : | Case No. 1:24-cv-1935 |
| Plaintiff, : | |
| : | Judge Paul A. Engelmayer |
| v. : | |
| : | Magistrate Judge Katharine H. |
| OZ SOLUTIONS, *et al.*, : | Parker |
| : | |
| Defendants. : | |

**HOUSTON CASUALTY COMPANY'S MOTION TO INTERVENE**

Houston Casualty Company ("HCC"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 24(a)(2) and/or (b)(1)(B), respectfully moves the Court for leave to intervene as a plaintiff in this action in order pursue a declaratory judgment claim against the named Plaintiff, Colony Insurance Company. As set forth in the attached Memorandum in Support, the rescission of insurance policies sought in this matter affects HCC's rights, as it seeks coverage (on behalf of its own insureds) under one of the subject policies in a separate lawsuit. HCC's proposed Intervening Answer and Counterclaim for Declaratory Judgment is attached hereto as Exhibit A, as required by Fed. R. Civ. P. 24(c).

Respectfully submitted,

To the extent plaintiff or defendants oppose the motion to intervene, responses are due July 14, 2025. Any reply is due July 21, 2025.

SO ORDERED. *Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Date: June 30, 2025

*/s/ Elan Kandel*
Elan Kandel
Jim Young (*pro hac vice* application forthcoming)
Bailey Cavalieri LLC
10 W. Broad St., Suite 2100
Columbus, Ohio 43215
614-221-3155
ekandel@baileycav.com
jyoung@baileycav.com

*Counsel for Houston Casualty Company*