

**METHFESSEL & WERBEL**
— A Professional Corporation —

| | Of Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | STEPHEN R. KATZMAN# | EDWARD D. DEMBLING> |
| JOHN METHFESSEL, JR.> | ED THORNTON> | KARISHMA DHRUVE> |
| FREDRIC PAUL GALLIN*+^ | MICHAEL TRIFIOLIS> | MICHAEL R. EATROFF> |
| WILLIAM S. BLOOM*• | BETH A. BOLGER+ | ERICA FRANCISCO-LAU+ |
| ERIC L. HARRISON*+ | PAUL E. GRIGGS> | FRANK J. KEENAN+^ |
| MATTHEW A. WERBEL> | | SCOTT KETTERER> |
| LORI BROWN STERNBACK*+ | | ZURAB MAISURADZE> |
| I. BLAKELEY JOHNSTONE, III+* | Counsel | JOHN M. MARTIN> |
| GINA M. STANZIALE> | ADAM M. CARMAN+^ | ANTHONY J. MANCUSO> |
| PAUL J. ENDLER JR.> | SHAJI M. EAPEN+ | KAJAL J. PATEL+ |
| JAMES P. CULLEN, JR.=^ | JOSEPH C. FALK> | ADAM M. SCHWARTZ+ |
| THOMAS O. MULVIHILL> | ANGELA M. GURRERA> | VITTORIA A. SCULCO> |
| JAMES FOXEN^ | GERALD KAPLAN> | SARAH E. SHEPP+ |
| SARAH K. DELAHANT+ | JARED P. KINGSLEY*+ | ALYCIA M. SWIFT+ |
| ATHINA L. CORNELL+ | JOHN R. KNODEL*+ | TIFFANY D. TAGARELLI> |
| JEFFREY R. MERLINO± | LESLIE A. KOCH= | |
| JENNIFER A. OSBORNE+ | CHARLES T. MCCOOK, JR.*> | Retired |
| ANDREW J. GIBBS> | CHRISTINA MICHELSON+ | JOHN METHFESSEL, SR.> |
| JARED S. SCHURE> | RICHARD A. NELKE~ | (1935-2017) |
| | STEVEN K. PARNESS+ | DON CROWLEY*+ |
| | RAINA M. PITTS^ | (1942-2024) |
| | AMANDA J. SAWYER^ | MARC DEMBLING*+ |
| | STEVEN A. UNTERBURGER+ | (1944-2022) |

July 8, 2025

*Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
≜Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar
±Member of NY, NJ & FL Bar

**Please reply to New York**

VIA ECOURTS FILING
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE: **COLONY INSURANCE VS. OZ SOLUTIONS, ET AL.**
Our File No.   : 94403a SME
Docket No.     : 1:24-CV-01935

Dear Judge Engelmayer:

This office represents Plaintiff Colony Insurance Company. For the reasons set forth below and with consent of all counsel, it is respectfully requested that the Court enter the attached Amended Civil Case Management Plan and Scheduling Order.

This action is brought by Colony seeking rescission of the policies issued to Oz Solutions. By Order dated April 4, 2025, ECF No. 97, the Court permitted Colony to file an Amended Complaint, which it did on April 11, 2025 (ECF No. 99). In the Amended Complaint, Colony joined two new parties (325 Lafayette Associates LLC and Slate Property Group LLC) and added a new cause of action against defendant Oren Ziv (piercing the corporate veil. 325 Lafayette Associates and Slate Property Group filed their Answers on June 30, 2025. Further, on June 30, 2025, Houston Casualty Company ("HCC") filed a Motion to Intervene in this matter. HCC's motion is currently pending. Lastly, on June 12, 2025, Oz Solutions filed the Affidavit of Oren Ziv wherein he advised that Oz Solutions no longer possesses documents responsive to Colony's discovery demands. As a result, Colony will have to pursue the necessary discovery from third parties, including but not limited to issuing subpoenas.

Methfessel & Werbel, Esqs.
Our File No. 94403a SME
Page 2

    Given the recent appearance of 325 Lafayette Associates and Slate Property Group, the pending intervention of HCC and the need to obtain discovery from third parties, the parties are submitting an Amended Civil Case Management Plan and Scheduling Order that pushes out the current dates in order to complete discovery. Counsel for all parties and counsel for potential intervenor HCC have consented to the Amended Civil Case Management Plan and Scheduling Order.

    Accordingly, the parties respectfully request the Court enter the attached Amended Civil Case Management Plan and Scheduling Order. Further, this matter is scheduled for a settlement conference on July 21, 2025. For the same reasons, the parties also ask the Court to adjourn the July 21st conference to a new date in the future consistent with the proposed Amended Civil Case Management Plan and Scheduling Order. The parties would be pleased to address any questions the Court may have concerning this request.

    Respectfully submitted,
    **METHFESSEL & WERBEL, ESQS.**

    Shaji M. Eapen
    eapen@methwerb.com
    Ext. 131

SME:kfh
Enclosure

cc:  All Counsel of Record Via ECF

GRANTED. The case management conference is hereby rescheduled to November 20, 2025, at 2 p.m. The request to adjourn the settlement conference should be made separately and addressed to Magistrate Judge Parker.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: July 10, 2025