**M&W**

**METHFESSEL & WERBEL**
*— A Professional Corporation —*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____07/11/2025

**MEMO ENDORSED**

| | Of Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | STEPHEN R. KATZMAN# | EDWARD D. DEMBLING> |
| JOHN METHFESSEL, JR.> | ED THORNTON> | KARISHMA DHRUVE> |
| FREDRIC PAUL GALLIN*+^ | MICHAEL TRIFIOLIS> | MICHAEL R. EATROFF> |
| WILLIAM S. BLOOM>* | BETH A. BOLGER+ | ERICA FRANCISCO-LAU+ |
| ERIC L. HARRISON*+ | PAUL E. GRIGGS> | FRANK J. KEENAN+^ |
| MATTHEW A. WERBEL> | | SCOTT KETTERER> |
| LORI BROWN STERNBACK*+ | | ZURAB MAISURADZE> |
| I. BLAKELEY JOHNSTONE, III+* Counsel | | JOHN M. MARTIN> |
| GINA M. STANZIALE> | ADAM M. CARMAN+^ | ANTHONY J. MANCUSO> |
| PAUL J. ENDLER JR.> | SHAJI M. EAPEN+ | KAJAL J. PATEL+ |
| JAMES P. CULLEN, JR.=^ | JOSEPH C. FALK> | ADAM M. SCHWARTZ+ |
| THOMAS O. MULVIHILL> | ANGELA M. GURRERA> | VITTORIA A. SCULCO> |
| JAMES FOXEN^ | GERALD KAPLAN> | SARAH E. SHEPP+ |
| SARAH K. DELAHANT+ | JARED P. KINGSLEY*+ | ALYCIA M. SWIFT+ |
| ATHINA L. CORNELL+ | JOHN R. KNODEL*+ | TIFFANY D. TAGARELLI> |
| JEFFREY R. MERLINO+ | LESLIE A. KOCH= | |
| JENNIFER A. OSBORNE+ | CHARLES T. MCCOOK, JR.*> | Retired |
| ANDREW J. GIBBS> | CHRISTINA MICHELSON+ | JOHN METHFESSEL, SR.> |
| JARED S. SCHURE> | RICHARD A. NELKE~ | (1935-2017) |
| | STEVEN K. PARNESS+ | DON CROWLEY*+ |
| | RAINA M. PITTS^ | (1942-2024) |
| | AMANDA J. SAWYER^ | MARC DEMBLING*+ |
| | STEVEN A. UNTERBURGER+ | (1944-2022) |

July 10, 2025

*Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar
+Member of NY, NJ & FL Bar

**Please reply to New York**

VIA ECOURTS FILING
Hon. Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:    **COLONY INSURANCE VS. OZ SOLUTIONS, ET AL.**
       Our File No.        : 94403a SME
       Docket No.          : 1:24-CV-01935

Dear Judge Parker:

　　This office represents Plaintiff Colony Insurance Company.  For the reasons set forth below and with consent of all counsel, it is respectfully requested that the Court adjourn the July 28, 2025 settlement conference in this matter.

　　This action is brought by Colony seeking rescission of the policies issued to Oz Solutions.  By Order dated April 4, 2025, ECF No. 97, the Court permitted Colony to file an Amended Complaint, which it did on April 11, 2025 (ECF No. 99).  In the Amended Complaint, Colony joined two new parties, 325 Lafayette Associates LLC and Slate Property Group LLC, who filed their Answers on June 30, 2025.  Further, on June 30, 2025, Houston Casualty Company ("HCC") filed a Motion to Intervene in this matter.  HCC's motion is currently pending.  Lastly, on June 12, 2025, Oz Solutions filed the Affidavit of Oren Ziv wherein he advised that Oz Solutions no longer possesses documents responsive to Colony's discovery demands.  As a result, Colony will have to pursue the necessary discovery from third parties, including but not limited to issuing subpoenas.

　　Given the recent appearance of 325 Lafayette Associates and Slate Property Group, the pending intervention of HCC and the need to obtain discovery from third parties, the parties submitted an Amended Civil Case Management Plan and Scheduling Order that extended the end of fact discovery to October 17, 2015.  The Honorable Paul A. Engelmayer, U.S.D.J. entered the Amended Civil Case Management Plan and Scheduling Order today, ECF No.

2025 Lincoln Highway · Suite 200 · P.O. Box 3012 · Edison, NJ 08818 · (732) 248-4200 · FAX (732) 248-2355
112 West 34th Street · 17th Floor · New York, NY 10120 · (212) 947-1999 · FAX (212) 947-3332
One Liberty Place · 1650 Market St., 36th Floor · Philadelphia, PA 19103 · (215) 665-5622 · FAX (215) 665-5623
101 Federal Street · Suite 1900 · Boston, MA 02110 · (617) 204-5630 · FAX (617) 977-9398
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 94403a SME
Page 2

144.

   For the same reasons that necessitated the Amended Civil Case
Management Plan and Scheduling Order, the parties ask the Court to adjourn
the July 28th settlement conference to a new date in the future consistent with
the new Amended Civil Case Management Plan and Scheduling Order.

   This is the fourth request for adjournment of the settlement conference in
this matter.  [See ECF Nos. 78, 84, 91 and 116].  The parties would be pleased
to address any questions the Court may have concerning this request.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Shaji M. Eapen
eapen@methwerb.com
Ext. 131

SME:kfh

   cc:   All Counsel of Record Via ECF

---

**APPLICATION GRANTED:** **The settlement conference in this matter scheduled
for Monday, July 28, 2025 at 10:00 a.m. in Courtroom 17-D, United States
Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to
<u>Wednesday, October 22, 2025 at 10:00 a.m.</u>  Parties must attend in-person with
their counsel. Corporate parties must send the person with decision making
authority to settle the matter to the conference. The parties are instructed to
complete the Settlement Conference Summary Report and prepare pre-
conference submissions in accordance with Judge Parker's Individual Rules of
Practice. Pre-conference submissions must be received by the Court no later
than <u>October 15, 2025 by 5:00 p.m.</u>**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**07/11/2025**
