UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE COMPANY,

                              Plaintiff,

        -v-

OZ SOLUTIONS ET AL.,

                            Defendants.

24 Civ. 1935 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 8, 2025, plaintiff filed a motion to dismiss the counterclaims of defendants Oz Solutions and Oren Ziv under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 157. Under Rule 15(a)(1)(B), a defendant has 21 days after the service of a motion under Rule 12(b) to amend its counterclaims once as a matter of course.

Accordingly, it is hereby ORDERED that defendants shall file any amended counterclaims by September 29, 2025. No further opportunities to amend will ordinarily be granted. If defendants do amend, by October 20, 2025, plaintiff shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying defendants, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended counterclaims are filed, defendants shall serve any opposition to the motion to dismiss by September 29, 2025. Plaintiff's reply, if any, shall be served by October 13, 2025. At the time any reply is served, the moving party shall supply the

---

[1] If plaintiff files a new motion to dismiss or relies on its previous motion, defendants' opposition will be due 14 days thereafter, and plaintiff's reply, if any, will be due seven days after that.

Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 9, 2025
       New York, New York

2