

# METHFESSEL & WERBEL
### A Professional Corporation

| | Of Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | STEPHEN R. KATZMAN# | KASSIANI CHRYSANTHOPOULOS> |
| JOHN METHFESSEL, JR.> | ED THORNTON> | EDWARD D. DEMBLING> |
| FREDRIC PAUL GALLIN*+^ | MICHAEL TRIFIOLIS> | CADEN M. DIEL> |
| WILLIAM S. BLOOM>* | BETH A. BOLGER+ | MICHAEL R. EATROFF> |
| ERIC L. HARRISON*+ | PAUL E. GRIGGS> | ERICA FRANCISCO-LAU+ |
| MATTHEW A. WERBEL> | | CARLOS J. JIMENEZ> |
| LORI BROWN STERNBACK*+ | | FRANK J. KEENAN+^ |
| I. BLAKELEY JOHNSTONE, III+* | Counsel | SCOTT KETTERER> |
| GINA M. STANZIALE> | ADAM M. CARMAN+^ | ZURAB MAISURADZE> |
| PAUL J. ENDLER JR.> | SHAJI M. EAPEN+ | JOHN M. MARTIN> |
| JAMES P. CULLEN, JR.=^ | JOSEPH C. FALK> | KAJAL J. PATEL+ |
| THOMAS O. MULVIHILL> | ANGELA M. GURRERA> | ROBERT PLANTER> |
| JAMES FOXEN^ | GERALD KAPLAN> | HOLLY C. RENSHAW> |
| SARAH K. DELAHANT+ | JARED P. KINGSLEY*+ | ADAM M. SCHWARTZ+ |
| ATHINA L. CORNELL+ | JOHN R. KNODEL*+ | VITTORIA A. SCULCO> |
| JEFFREY R. MERLINO+ | LESLIE A. KOCH= | SARAH E. SHEPP+ |
| JENNIFER A. OSBORNE+ | CHARLES T. MCCOOK, JR.*> | MANINDER K. SINGH> |
| ANDREW J. GIBBS+ | CHRISTINA MICHELSON+ | ALYCIA M. SWIFT+ |
| JARED S. SCHURE> | RICHARD A. NELKE~ | TIFFANY D. TAGARELLI> |
| | STEVEN K. PARNESS+ | |
| | RAINA M. PITTS^ | Retired |
| | AMANDA J. SAWYER^ | JOHN METHFESSEL, SR.> |
| | STEVEN A. UNTERBURGER+ | (1935-2017) |
| | | DON CROWLEY*+ |
| | | (1942-2024) |
| | | MARC DEMBLING*+ |
| | | (1944-2022) |

*Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
<Member of NJ, NY & CA Bar
>Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar
+Member of NY, NJ & FL Bar

**Please reply to New York**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025

**MEMO ENDORSED**

October 14, 2025

VIA ECOURTS FILING
Hon. Katharine H. Parker, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   **COLONY INSURANCE VS. OZ SOLUTIONS, ET AL.**
      Our File No.     : 94403a SME
      Docket No.       : 1:24-CV-01935

Dear Judge Parker:

<u>This office represents Plaintiff Colony Insurance Company. Kindly accept this letter in response to Intervenor Houston Casualty Company's ("HCC") letter opposing the request to adjourn the October 22, 2025 settlement conference [ECF 168].</u>

The primary reason cited by HCC in opposing the adjournment of the October 22nd Settlement Conference in this matter was the October 28, 2025 trial date in the underlying lawsuit captioned *Karen Pringle v. 325 Lafayette Associates LLC, et al.*, Index No. 502915/2018, Supreme Court of the State of New York, Kings County (the "Pringle Action"). However, since HCC submitted its letter, the trial date in the Pringle Action was adjourned from October 28 to January 13, 2026. Notwithstanding the trial adjournment, the claims between HCC and Colony were settled in principle during yesterday's private mediation in the Pringle Action subject to settlement of all claims in the Pringle Action. The parties in the Pringle Action are awaiting confirmation of additional settlement authority to finalize the overall settlement later today. If the settlement in the Pringle Action is confirmed, then HCC, as well as defendants 325 Lafayette Associates LLC and Slate Property Group LLC (who were named as interested parties given their involvement in the Pringle Action) will no longer be involved in this matter.

Methfessel & Werbel, Esqs.
Our File No. 94403a SME
Page 2

    Accordingly, for the reasons set forth above and the parties' joint letter filed on October 10, 2025 [ECF 167], it is respectfully requested that the October 22nd Settlement Conference be adjourned to a new date consistent with the proposed Amended Scheduling Order.

                              Respectfully submitted,

                              **METHFESSEL & WERBEL, ESQS.**

                              */s/ Shaji M. Eapen*
                              Shaji M. Eapen
                              eapen@methwerb.com
                              Ext. 131

SME:kfh

cc: All Counsel of Record Via ECF

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, October 22, 2025 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, January 15, 2026 at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than January 8, 2026 by 5:00 p.m.

APPLICATION GRANTED

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
10/15/2025