

**METHFESSEL & WERBEL**
— A Professional Corporation —

| | Of Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | STEPHEN R. KATZMAN# | KASSIANI CHRYSANTHOPOULOS> |
| JOHN METHFESSEL, JR.> | ED THORNTON> | EDWARD D. DEMBLING> |
| FREDRIC PAUL GALLIN*+^ | MICHAEL TRIFIOLIS> | CADEN M. DIEL> |
| WILLIAM S. BLOOM>* | BETH A. BOLGER+ | MICHAEL R. EATROFF> |
| ERIC L. HARRISON*+ | PAUL E. GRIGGS+ | ERICA FRANCISCO-LAU+ |
| MATTHEW A. WERBEL> | | CARLOS J. JIMENEZ> |
| LORI BROWN STERNBACK*+ | | FRANK J. KEENAN+^ |
| I. BLAKELEY JOHNSTONE, III+* | Counsel | SCOTT KETTERER> |
| GINA M. STANZIALE> | ADAM M. CARMAN+^ | ZURAB MAISURADZE> |
| PAUL J. ENDLER JR.> | SHAJI M. EAPEN+ | JOHN M. MARTIN> |
| JAMES P. CULLEN, JR.=^ | JOSEPH C. FALK> | KAJAL J. PATEL+ |
| THOMAS O. MULVIHILL> | ANGELA M. GURRERA> | HOLLY C. RENSHAW> |
| JAMES FOXEN^ | GERALD KAPLAN> | ADAM M. SCHWARTZ+ |
| SARAH K. DELAHANT+ | JARED P. KINGSLEY*+ | VITTORIA A. SCULCO> |
| ATHINA L. CORNELL+ | JOHN R. KNODEL*+ | SARAH E. SHEPP+ |
| JEFFREY R. MERLINO± | LESLIE A. KOCH= | MANINDER K. SINGH> |
| JENNIFER A. OSBORNE+ | CHARLES T. MCCOOK, JR.*> | ALYCIA M. SWIFT+ |
| ANDREW J. GIBBS> | CHRISTINA MICHELSON+ | TIFFANY D. TAGARELLI> |
| JARED S. SCHURE> | RICHARD A. NELKE~ | |
| | STEVEN K. PARNESS+ | Retired |
| | RAINA M. PITTS^ | JOHN METHFESSEL, SR.> |
| | AMANDA J. SAWYER^ | (1935-2017) |
| | STEVEN A. UNTERBURGER+ | DON CROWLEY*+ |
| | | (1942-2024) |
| | | MARC DEMBLING*+ |
| | | (1944-2022) |

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar
±Member of NY, NJ & FL Bar

Please reply to New York

October 10, 2025

VIA ECOURTS FILING
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Katharine H. Parker, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   **COLONY INSURANCE VS. OZ SOLUTIONS, ET AL.**
      Our File No.    :  94403a SME
      Docket No.      :  1:24-CV-01935

Dear Judge Engelmayer and Judge Parker:

This office represents Plaintiff Colony Insurance Company. The parties have conferred on this letter and for the reasons set forth below, it is respectfully requested that the Court enter the attached Amended Civil Case Management Plan and Scheduling Order ("Amended Scheduling Order"). In addition, it is respectfully requested that the October 22, 2025 settlement conference be adjourned to a date consistent with the dates in the Amended Scheduling Order.

This action is brought by Colony seeking rescission of the insurance policies issued to Oz Solutions. Oz Solutions filed the Affidavit of Oren Ziv wherein he stated that Oz Solutions no longer possesses documents responsive to Colony's discovery demands. As a result, Colony has been pursuing discovery from non-parties, including but not limited to issuing subpoenas. Colony has an outstanding subpoena to the Horizon Group, a general contractor that Oz Solutions did work for. To date, the Horizon Group has not responded to the subpoena. If Colony's efforts for the Horizon Group to voluntarily comply with the subpoena are unsuccessful, Colony will file a Motion to Compel the Horizon Group to respond to the subpoena.

Methfessel & Werbel, Esqs.
Our File No. 94403a SME
Page 2

      Colony is also trying to schedule the deposition of defendant Oren Ziv and corporate representative(s) of Defendant Oz Solution and is awaiting confirmation from the Oz Defendants for a suitable date(s) for the depositions. We note that the Oz Defendants assert that these depositions should abide the moment until the Court has decided Colony's pending Motion to Dismiss the Oz Defendants' counterclaims for failure to state a claim under FRCP 12(b)(6) ("Motion"). The Oz Defendants believe that having depositions prior to a decision on the potential disposition of their counterclaims would require, *inter alia*, an unnecessary additional deposition after such a decision is rendered. Furthermore, Oz Defendants assert that the deposition of Colony needs to be scheduled and such deposition without a decision on the counterclaims would not be fruitful as the scope of the depositions would invariably change with such decision. Colony disagrees and feels that the disposition of the Motion has zero bearing on the topics or issues to be explored at the depositions of the Oz Defendants. Lastly, one or more parties have been delayed in providing their documents and/or certified Answers to Interrogatories.

      Given the need to obtain discovery from parties and non-parties and to take the deposition of the Oz Defendants and Colony, the parties are submitting an Amended Scheduling Order that pushes out the current dates in order to complete discovery. Counsel for all parties have consented to the dates in the Amended Scheduling Order, however Intervenor Houston Casualty Company's ("HCC") consent is conditioned on the October 22, 2025 Settlement Conference with Judge Parker remaining on the calendar. HCC informs that it will provide a separate letter setting forth the basis for maintaining the October 22, 2025 Settlement Conference.

      However, if the Court is inclined to grant the Amended Scheduling Order, then the remaining parties agree that the October 22, 2025 Settlement Conference with Judge Parker should also be adjourned to a new date in the future consistent with the new Amended Scheduling Order.

      This is the sixth request for adjournment of the settlement conference in this matter. [See ECF Nos. 78, 87, 91, 116 and 145]. The parties would be pleased to address any questions the Court may have concerning these requests.

      Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

*Shaji M Eapen*

Shaji M. Eapen
eapen@methwerb.com
Ext. 131

SME:kfh/Enclosure

Methfessel & Werbel, Esqs.
Our File No. 94403a SME
Page 3

cc: All Counsel of Record Via ECF

GRANTED. The Court notes that this is the fifth request for an extension of the discovery deadlines in this case. Accordingly, the parties should not expect any further extensions. The case management conference is hereby rescheduled to **January 13, 2026 at 2:00 p.m.**

Magistrate Judge Parker has separately addressed the parties' request for an adjournment of the settlement conference. *See* Dkt. 171. As to the parties' disagreement about the timing of depositions of defendants Oz Solutions and Oren Ziv (the "Oz Defendants") in relation to the Court's resolution of plaintiff's pending motion to dismiss the Oz Defendants' counterclaims, the Court is unable to make a determination based on the information provided by the parties, nor is it clear that the parties request any intervention from the Court. In the event that the parties do seek the Court's intervention, they should follow the Court's procedure for discovery disputes. *See* Individual Rule 2(C).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: October 16, 2025
New York, New York