UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLONY INSURANCE CO.,

Plaintiff,

-v-

OZ SOLUTIONS *et al.*,

Defendants.

24 Civ. 1935

ORDER

PAUL A. ENGELMAYER, District Judge:

Today, the Court heard and resolved a telephonic discovery dispute that arose in the course of the deposition of defendant Oren Ziv. The Court's ruling is reflected on the deposition transcript.

SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge

Dated: December 4, 2025
New York, New York