

Peraino Malinowski LLP

Matthew C. Schwartz, Esq.
646-930-8653
matthew@pmlaw.nyc

January 15, 2026

**Via ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10017

      Re:    *Colony Insurance Company v. Oz Solutions, et al.*
               **Case No. 24-cv-01935 (PAE)**

Dear Judge Engelmayer:

This firm represents Defendants OZ Solutions ("**OZ**") and Oren Ziv ("**Ziv**" and together with OZ, "**Defendants**") in the above-referenced matter. The purpose of this letter is to advise the Court of discovery issues that require an extension of discovery or to compel Plaintiff Colony Insurance Company's ("**Plaintiff**") to produce a witness for deposition prior to the close of fact discovery.

On December 22, 2025, upon a request by Plaintiff to extend the close of fact discovery to compel the further depositions of Defendants, Your Honor set forth a deadline of January 23, 2026 for the parties to complete fact discovery. However, Plaintiff is refusing to produce a fact witness until February 2, 2026, well after the close of fact discovery. On December 24, 2025, Plaintiff's counsel advised that Plaintiff's corporate representative would not be available at all in January 2026, and their first availability was February 2, 2026.

Based on the current scheduling Order, depositions were to be completed by January 23, 2026. Given Plaintiff's refusal to produce a corporate representative on or before January 23, 2026, in the interests of justice with good cause shown, it is respectfully requested that the Court either extend discovery so that Defendants may depose Plaintiff's witness, or compel Plaintiff's witness to appear prior to the completion of fact discovery.

We are available for a phone conference should the Court wish to discuss the issues raised in this letter with all counsel. Thank you for your consideration of this matter.

                                     Respectfully submitted,
                                       /s/ Matthew C. Schwartz
                                       Matthew C. Schwartz

**cc (via ECF):**   All Counsel of Record

GRANTED IN PART.  The Court has received more than seven requests for extensions of discovery deadlines in this case.  In an Order granting the last such request, the Court stated:  "Enough is enough."  Dkt. 176.  And in a subsequent Order resolving a discovery dispute related to a subpoena request, the Court noted the parties' "uncommon inability to resolve quotidian disputes collegially."  Dkt. 180.  Nevertheless, having been informed that today's settlement conference before Magistrate Judge Katharine H. Parker was productive, and that the deposition currently sought by defendants will assist in the resolution of this case, the Court grants defendants' request in part.

The deadline for the close of fact discovery remains January 23, 2026, Dkt. 176, and the Case Management Conference remains scheduled for **February 11, 2026 at noon**, Dkt. 184.  However, the Court grants defendants leave to conduct the deposition of plaintiff's corporate representative on **February 2, 2026**.  Any pre-motion letters are due **February 5, 2026**, and any responses are due **February 9, 2026**.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date:  January 15, 2026
New York, New York