UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE COMPANY,

                                Plaintiff,

        -v-

OZ SOLUTIONS *et al.*,

                            Defendants.

24 Civ. 1935 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's case management conference, the Court set the following schedule:

- The parties' joint stipulated facts are due **March 4, 2026**.

- Defendants' motion for summary judgment is due **March 25, 2026**.

- Plaintiff's brief in opposition is due **April 15, 2026**.

- Defendants' reply is due **April 29, 2026**.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 11, 2026
      New York, New York