UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

COLONY INSURANCE COMPANY,

|   |   |
|---|---|
| Plaintiff, | **ORDER ADJOURNING** |
| | **SETTLEMENT CONFERENCE** |
| -against- | |
| | **24-CV-1935 (PAE)** |
| OZ SOLUTIONS, et al., | |
| Defendants. | |

-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter previously scheduled for **Monday, March 30, 2026, at 10:00 a.m.** is hereby adjourned *sine die.*

**SO ORDERED.**

Dated: March 23, 2026
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/23/2026