UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLONY INSURANCE CO.,

                                    Plaintiff,

                    -v-

OZ SOLUTIONS *et al.*,

                                    Defendants.

24 Civ. 1935 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 22, 2026, the Court granted the motion for summary judgment by defendants

Oren Ziv and Oz Solutions and dismissed all claims against those defendants. Dkt. 205.

Accordingly, the Court directs plaintiff Colony Insurance Co. to file a letter on the docket, by

**July 1, 2026**, as to proposed next steps in the case with respect to defendant Endurance

American Insurance Company.


        SO ORDERED.

                                    _____
                                    PAUL A. ENGELMAYER
                                    United States District Judge

Dated: June 24, 2026
        New York, New York